McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

OCT 2 9 2008


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  08 MJ 0382 KJM
                           )  08-SW 0467 KJM
       Plaintiff,          )
                           )  APPLICATION FOR UNSEALING
    v.                     )  ORDER; AND ORDER
                           )
GRIS LAST NAME UNKNOWN,    )
                           )
       Defendant.          )
                           )

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008      McGREGOR W. SCOTT
                             United States Attorney

                             By /s/ Robin R. Taylor
                                ROBIN R. TAYLOR
                                Assistant U.S. Attorney

1

Application for Unsealing Order & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate