**FILED**
October 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>Grisela Avila,  )<br>  )<br>           Defendant.  ) | Case No. 2:08-mj-382 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Grisela Avila  Case 2:08-mj-382 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/30/08       at  2:38 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge